HMK/mjg CH 7976

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
FEDERAL INSURANCE COMPANY and
MARAN, INC.

                                   Plaintiffs,                       08 CV 1806 (SHS)(HP)
                                                                              ECF CASE

   -against-


M/V MSC CHINA her engines, boilers, tackle, etc.       **RULE 7.1 STATEMENT**
POWER LINK LOGISTICS INC.
SAFMARINE CONTAINER LINES N.V.

                                 Defendants.
-------------------------------------------------------------------X

       PURSUANT TO RULE 7.1, F.R.C.P. PLAINTIFFS CERTIFY THAT THE

FOLLOWING ARE CORPORATE SHAREHOLDERS OF 10% OF THE STOCK WHICH

IS PUBLICLY HELD AND HEREBY SETS FORTH FEDERAL INSURANCE

COMPANY'S PARENT CORPORATION:     THE CHUBB CORPORATION

Dated: February 19, 2008

                                                  KINGSLEY, KINGSLEY & CALKINS
                                                  Attorneys for Plaintiffs


                                                  BY:__/S/_____
                                                    HAROLD M. KINGSLEY
                                                    91 W. Cherry Street
                                                    Hicksville, New York 11801
                                                    (516) 931-0064