# United States District Court

| SOUTHERN | DISTRICT OF | NEW YORK |

FEDERAL INSURANCE COMPANY and
MARAN, INC.

            Plaintiffs,

            V.

M/v MSC CHINA, her engines, boilers, tackle,
etc., POWER LINK LOGISTICS, INC.
SAFMARINE CONTAINER LINES N.V.

            Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**08 CV 01806**

TO:
Power Link Logistics, Inc.
21112 Figueroa Street
Carson, CA 90745

Safmarine Container Lines N.V.
c/o Safmarine Inc.
99 S. Wood Avenue
Linden, NJ 07036

**YOU ARE HEREBY SUMMONED** and required to serve upon **PLAINTIFF'S ATTORNEY** (name and address)

KINGSLEY, KINGSLEY & CALKINS
91 WEST CHERRY STREET
HICKSVILLE, NY 11801
(516) 931-0064

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

FEB 22 2008

CLERK  J. MICHAEL McMAHON

DATE

(BY) DEPUTY CLERK

KINGSLEY, KINGSLEY & CALKINS

91 WEST CHERRY ST
HICKSVILLE, NY 11801

Case No: 08CV01806
Doc. No: 3900803030046

COUNTY OF LOS ANGELES   SHERIFF'S DEPARTMENT   STATE OF CALIFORNIA
Court: DISTRICT     County: NEW YORK           State: NEW YORK
FEDERAL INSURANCE CO VS POWER LINK LOGISTICS, INC

AFFIDAVIT OF SERVICE

I certify that  ROBBIE SIMPSON
being first duly sworn, deposes and says:  That he is a regularly appointed,
qualified deputy Sheriff of the said County of Los Angeles, in the State of
California, and over the age of twenty-one years, not a party to the action
or related to either party, nor an attorney for a party, nor in any way
interested in the within named action, and authorized to serve civil process
        SUMMONS AND COMPLAINT


On  03/10/08 at  01:00 PM and that he served the same on the defendant and/or
respondent named below, on the date indicated, by delivering to and leaving
with said defendant and/or respondent in the County of Los Angeles, State of
California, personally, a true and correct copy thereof, with all notices and
endorsements thereon, in the manner and the place and time shown below:

1. Name: POWER LINK LOGISTICS, INC



2. Person served and title:
        JEFF YANG, OFFICE MANAGER/AUTH AGENT ON DUTY



3. Person with whom left and title or relationship to person served:

4. Date and time of delivery
        01:00 PM
        03/10/08

5. Mailing date, type of mail and place of mailing



6. Address, city and state:
        21112 FIGUEROA ST
        CARSON, CA 90745

        (   ) Home      ( X ) Business

( X ) (Personal Service) by personally delivering true copies to the
person, firm or corporation served.
( X ) With endorsement of name, place of service and official
title on copy served.
( X ) With required notice written or printed on the face of
the process served.
(   ) Affiant showed the original process to the defendant at
the time of such service.

( X ) (Identification) was made as to the identify of the person so
served was as follows:
(   ) Photograph of the defendant attached to the process and
furnished by the plaintiff herein and made a part of this
affidavit.
( X ) Sex: M    Race: A         Hair: DARK/BRO    Age: 50
Weight: 170    Height: 5 Ft. 7 Ins.
Drivers Lic:                    Other:

( X ) (Military Service) That at the time of service of process,
defendant stated he/she is not in the military service.

8. FEE FOR SERVICE:$ 30.00
        NOTARY:  10.00   COUNTY CLERK:          TOTAL:$ 40.00
Deputy ROBBIE SIMPSON
SHERIFF'S OFFICE                        LEROY D. BACA, SHERIFF
825 MAPLE AVE
TORRANCE, CA 90503
(310)222-3345                  By:_____
                                              Deputy Sheriff

State of California
County of Los Angeles

On MARCH 12, 2008 _____ before me,
ELIZABETH ZUBIETA URBAN-OROZCO (NOTARY PUBLIC) (Name & Title of Officer)
personally appeared DEPUTY ROBBIE SIMPSON _____,
who proved to me on the basis of satisfactory evidence to be the person(s)
whose name(s) is/are subscribed to the within instrument and acknowledged
to me that he/she/they executed the same in his/her/their authorized
capacity(ies), and that by his/her/their signature(s) on the instrument
the person(s), or the entity upon behalf of which the person(s) acted,
executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of
California that the foregoing paragraph is true and correct.

    WITNESS my hand and official seal.

Signature _Elizabeth Z. Urban-Orozco_____ (Seal)


ELIZABETH ZUBIETA URBAN-OROZCO
Comm. No. 1543902
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
My Comm. Exp. Jan. 20, 2009