Our File No.: 9109/SHV
CICHANOWICZ, CALLAN, KEANE,
VENGROW & TEXTOR, LLP
*Attorneys for Defendant Power Link Logistics*
61 Broadway, Suite 3000
New York, New York 10006
(212) 344-7042

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FEDERAL INSURANCE COMPANY and MARAN, INC.<br><br>                    Plaintiff,<br>   -against-<br><br>M/V MSC CHINA her engines, boilers, tackle, etc. POWER LINK LOGISTICS INC. SAFMARINE CONTAINER LINES N.V.<br><br>                    Defendants. | 08cv1806 (SHS)(HP)<br><br>**POWER LINK**<br>**RULE 7.1 STATMENT** |

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Power Link Logistics Inc. certfies that upon information and belief this Defendant has no corporate parents, subsidiaries, or affiliates which are publicly traded in the United States.

Dated: New York, New York
       March 31, 2008

                                        CICHANOWICZ, CALLAN, KEANE,
                                        VENGROW & TEXTOR, LLP
                                        61 Broadway, Suite 3000
                                        New York, New York 10006
                                        Attorney for *Power Link Logistics*

                                        By:   <u>S/ Stephen Vengrow</u>
                                                Steven H. Vengrow (3479)