# United States District Court

SOUTHERN DISTRICT OF NEW YORK

FEDERAL INSURANCE COMPANY and
MARAN, INC.

            Plaintiffs,

V.

M/v MSC CHINA, her engines, boilers, tackle,
etc., POWER LINK LOGISTICS, INC.
SAFMARINE CONTAINER LINES N.V.

            Defendants.

**ADDITIONAL SUMMONS IN A CIVIL CASE**

CASE NUMBER: **08 CIV 1806 (SHS)(HP)**

TO: Safmarine Container Lines N.V.
c/o Safmarine Inc.
Giralda Farms
Madison, NJ 07940

**YOU ARE HEREBY SUMMONED** and required to serve upon **PLAINTIFF'S ATTORNEY** (name and address)

KINGSLEY, KINGSLEY & CALKINS
91 WEST CHERRY STREET
HICKSVILLE, NY 11801
(516) 931-0064

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK J. MICHAEL MCMAHON

(BY) DEPUTY CLERK

DATE FEB 22 2008

# Morris County Sheriff's Office
## AFFIDAVIT OF SERVICE

Sheriff Fees   $33.60
Service #  1 of 1 Services

Plaintiff   FEDERAL INSURANCE COMPANY AND MARAN, INC.

Docket #   08 CIV 1806 (SHS
Sheriff's #  OSN - 06 - 05662

Defendant  M/V MSC CHINA, HER ENGINES, BOILERS, TACKLE, ETC., ET ALS

DISTRICT

NEW YORK

Person/Corporation to Serve
**SAFMARINE CONTAINER LINES, N.V.**
**C/O SAFMARINE, INC.**
**GIRALDA FARMS**
**MADISON,**

DOCUMENTS SERVED
SUMMONS AND VERIFIED COMPLAINT

I, EDWARD V. ROCHFORD, SHERIFF OF MORRIS COUNTY DO HEREBY DEPUTIZE AND APPOINT S/O FRANK BENEVENTO A DULY SWORN OFFICER TO EXECUTE AND RETURN THE DOCUMENTS ACCORDING TO LAW.

WITNESS BY HAND AND SEAL

*(signed) Edward V. Rochford*

Date of Action 3/27/2008
Time of Action 11:44 AM

Edward V. Rochford    Sheriff

DATE    TIME

Person/Corporation Served  SAFMARINE CONTAINER LINES, N.V.
GIRALDA FARMS
MADISON,

Delivered To  NATASHA BOUKUN
Relationship  MANAGING AGENT

Race WHITE   Sex F   Height 5' 06'   Weight 130   Eyes BRN   Hair BRN   Age 45   Military NO

Type of Action  SERVED CORPORATION'S MANAGING AGENT AT PLACE OF BUSINESS

NOTE:  SERVED AT: 7 GIRALDA FARMS (MAERSK SECOND LOCATION ON SITE), MADISON , NEW JERSEY.

I, S/O FRANK BENEVENTO WAS ABLE TO SERVE THE WITHIN DOCUMENTS AND/OR A TRUE COPY THEREOF.

*(signed)*    3/31/08
S/O FRANK BENEVENTO    DATED

KINGSLEY, KINGSLEY & CALKINS
91 W. CHERRY STREET
HICKSVILLE, NY 11801

SWORN AND SUBSCRIBED TO BEFORE ME
THIS 31st DAY OF March   2008

*(signed) Arlene M. Fogarty*
ARLENE M FOGARTY
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES 11/14/2010