192-08/GMV
FREEHILL HOGAN & MAHAR, LLP
80 Pine St.
New York, NY 10005
Tel: (212) 425-1900
Fax: (212) 425-1901
Gina M. Venezia (GV1551)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL INSURANCE COMNPANY and MARAN, INC.<br><br>Plaintiffs<br><br>- versus -<br><br>M/V MSC CHINA, her engines, boilers, tackle, etc., POWER LINK LOGISTICS INC., SAFMARINE CONTAINER LINES N.V.<br><br>Defendants. | 08-cv-01806 (SHS)<br><br>**DEFENDANT SAFMARINE'S**<br>**RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Safmarine Container Lines N.V. (hereinafter "Safmarine") (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held: NONE.

DAED:  New York, New York
       April 10, 2008

                              Respectfully submitted,

                              __/s/Gina M. Venezia__
                              Gina M. Venezia
                              FREEHILL HOGAN & MAHAR, LLP
                              80 Pine Street
                              New York, New York 10005
                              (212) 425-1900
                              *Attorneys for Defendant Safmarine*

NYDOCS1/302525.1                         1

## CERTIFICATE OF SERVICE

    I hereby certify that on April 10, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will automatically send email notification of such filing to all attorneys of record. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notice of Electronic Filing.

**VIA CM/ECF**:

| | |
|---|---|
| Harold Kingsley | Stephen H Vengrow |
| Kingsley Kingsley & Calkins | Cichanowicz, Callan, Keane, Vengrow & Textor |
| 91 West Cherry Street | 61 Broadway, Suite 3000 |
| Hicksville, NY 11801 | New York, NY 10006 |
| hmk@kingsleyandkingsley.com | svengrow@cckvt.com |
| Attorneys for Plaintiffs | Attorneys for Co-Defendant |

                                                            /s/ Gina M. Venezia

                                                            Gina M. Venezia