```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

FEDERAL INSURANCE COMPANY, and : 08 Civ. 1806 (SHS)
MARAN, INC.,
 :
                Plaintiffs,
 :
   -against-                    ORDER
 :
M/V MSC CHINA, *ET AL.*,
 :
                Defendants.
------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A pretrial conference having been held today, with counsel for all parties present,

    IT IS HEREBY ORDERED that:

    1.    Defendants' motions to dismiss the complaint shall be served and filed on or before May 16, 2008;

    2.    The opposition is due on or before May 30, 2008; and

    3.    The replies are due on or before June 15, 2008.

Dated: New York, New York
       April 12, 2008

                                            SO ORDERED:

                                            Sidney H. Stein, U.S.D.J.