Our File No.: 9109/SHV
CICHANOWICZ, CALLAN, KEANE,
VENGROW & TEXTOR, LLP
Attorneys for Defendant Power Link Logistics
61 Broadway, Suite 3000
New York, New York 10006
(212) 344-7042

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FEDERAL INSURANCE COMPANY and MARAN, INC.<br><br>         Plaintiff,<br>              -against-<br><br>M/V MSC CHINA her engines, boilers, tackle, etc. POWER LINK LOGISTICS INC. SAFMARINE CONTAINER LINES N.V.<br><br><br>         Defendants. | **08cv1806 (SHS)(HP)**<br><br>NOTICE OF MOTION<br><br>**POWER LINK LOGISTICS' MOTION FOR SUMMARY JUDGMENT DISMISSING THE COMPLAINT ON THE BASIS OF** *FORUM NON CONVIENENS* |

**PLEASE TAKE NOTICE** that upon the attached Declarations of Stephen Vengrow, Kevin Martin and Lan Hoang and the exhibits annexed thereto, the accompanying Memorandum of Law, and upon the prior pleadings herein, defendant Power Link Logistics will move this Court before the Honorable Judge Stein, United States District Judge, for an order dismissing the claims of Plaintiffs Federal Insurance Company and Maran, Inc. on the basis of *forum non convienens*, and for such other and further relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that opposition and reply papers must be served in accordance with Judge Stein's Order dated April 14, 2008. .

Dated: New York, New York

May 16, 2008

                                      CICHANOWICZ, CALLAN, KEANE,
                                      VENGROW & TEXTOR, LLP
                                      61 Broadway, Suite 3000
                                      New York, New York 10006
                                      *Attorneys for Defendants*
                                      *Power Link Logistics*

                  By:     <u>S/ Stephen Vengrow</u>
                           Steven H. Vengrow (3479)