Our File No.: 9109/SHV
CICHANOWICZ, CALLAN, KEANE,
VENGROW & TEXTOR, LLP
Attorneys for Defendant Power Link Logistics
61 Broadway, Suite 3000
New York, New York 10006
(212) 344-7042

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

FEDERAL INSURANCE COMPANY and
MARAN, INC.

          Plaintiff,

 -against-

M/V MSC CHINA her engines, boilers, tackle, etc.
POWER LINK LOGISTICS INC. SAFMARINE
CONTAINER LINES N.V.

         Defendants.

08cv1806 (SHS)(HP)

**KEVIN MARTIN DECLARATION IN SUPPORT OF DEFENDANT POWER LINK LOGISTICS THE MOTION FOR SUMMARY JUDGMENT DISMISSING THE COMPLAINT ON THE BASIS OF FORUM NON CONVIENES**

  Kevin Martin d/b/a Ka lethabo Trading 88cc declares under penalty of perjury under the laws of the United States of America that the following statement is true and correct.

  1. I am a citizen and resident of Durban, South Africa.

  2. Ka lethabo Trading 88cc is registered as a closed corporation and is owned by my mother. Ka lethabo Trading 88cc does business at the port located in Durban, South Africa.

  3. I manage all of the operations of Ka lethabo Trading 88cc.  I am the person that runs all of the operations in Durban, the person that deals with the clients directly and the person that checks the containers that enter the port for Ka lethabo Trading 88cc's container terminal orders.

  4. I certify that the email, attached to this declaration as Exhibit A, is a true and correct copy of an email that I sent on July 23, 2007.

5.      I certify that the document, attached to this declaration as Exhibit B, is a true and correct copy of the CTO (container terminal order) that is referenced in Exhibit A. A CTO is the document that is used when a container comes into the stacks at the port. I certify that the container number and seal number appear in my handwriting on Exhibit B and that I personally verified that the shipper's seal no. MLZA0947843 was on this container when it arrived at the port in Durban, S.A.

6.      I certify that upon learning that there was a problem with the shipment, I went onto the SAPO website to confirm the container details. Attached hereto as Exhibit C are true and correct copies of the print-outs from the SAPO website for order reference 750336194 container no. TEXU4748216 on or about June 7 and 8, 2007.

7.      I certify that, based upon my personal knowledge, all of my statements contained herein and the exhibits attached hereto are true and accurate with respect to bill of lading no. 750336194 for container no. TEXU4748216 with seal no. MLZA0947843 to be shipped aboard the MSC CHINA N350 on or about June 8, 2007.

Dated: Durban, South Africa
    May __6 th__, 2008

_____
Kevin Martin aka Kale Thabo

# EXHIBIT A

# POWER LINK LOGISTICS' MOTION FOR SUMMARY JUDGMENT DISMISSING THE COMPLAINT ON THE BASIS OF *FORUM NON CONVIENENS*

| RE : BKG REF : 750336194 : MSC CHINA N350 | Page 1 of 2 |
|---|---|

### Marsha Lehmkuhl

**From:** Kevin Martin [kalethabo@telkomsa.net]
**Sent:** Monday, July 23, 2007 7:57 AM
**To:** Marsha Lehmkuhl
**Cc:** DAVID; COLLEEN
**Subject:** Re: BKG REF : 750336194 : MSC CHINA N350

GOOD MORNING MARSHA

REFERRING TO OUR CONVERSATION WE HAD ON FRIDAY 20 JULY 2007.

THE SEQUENCE THAT I FOLLOW WITH ALL MY PASSING OF CTO'S IS AS FOLLOWS.
I RECEIVE MY INSTRUCTIONS VIA E-MAIL I THEN PASS THE DOCUMENTS AT THE VARIOUS KIOSKS.
WHEN THE CONTAINER ARRIVES IN DURBAN THE DRIVER PHONES ME AND I THEN MEET HIM AT THE ENTRANCE TO THE STACKS.
I THEN CHECK THAT THE SEAL IS INTACT AND CORRESPONDS WITH MY INSTRUCTIONS GIVEN TO ME. IF ALL IS OK WITH THE SEAL I THEN ENTER THE SEAL NO' ON TO THE DOCUMENT. (IF BY ANY CHANCE THE SEAL NO' DOES NOT CORRESPOND WITH THE NO' ON MY INSTRUCTIONS I THEN WILL INFORM THE FACTORY. THAT IS ONE REASON WHY I CAN SAY THAT THE SEAL NO' THAT YOU SAY ARRIVED IN AMERICA WAS NOT ON THE CONTAINER WHEN IT ENTERED THE DURBAN STACKS).

NOW I WOULD LIKE TO INFORM YOU WHAT HAPPENS AFTER I HAVE ENTERED THE CORRECT SEAL NO' ONTO THE DOCUMENT.

THE TRUCK PROCEEDS TO ENTER THE STACKS VIA A SECURITY GATE. THE OPERATOR AT THE GATE ENTERS THE CONTAINER NO' PLUS SEAL NO' PLUS THE TRUCK NO' (ONLY) INTO THE COMPUTER.
THEN THE TRUCK WILL PROCEED TO A-CHECK WHERE HE WILL THEN ONLY PRODUCE THE CTO TO THE CLERK. THE CLERK WILL THEN ENTER THE INFO ONTO THE COMPUTER AT A-CHECK, WHICH WILL CORRESPOND WITH THE INFO ENTERED BY THE OPERATOR AT THE GATE.

IF THE INFO CORRESPONDS WITH EACH OTHER THE CLERK WILL THEN RECEIVE A PRINT OUT FROM THE COMPUTER INSTRUCTING THE DRIVER TO OFF LOAD AT A GIVEN TOWER TO UPLIFT THE CONTAINER OFF THE TRUCK.

AS PER THE ATTACHMENT OF THE CTO THAT YOU SENT TO ME VIA E-MAIL. THIS CLEARLY SHOWS IN MY HAND WRITING THAT THE CONTAINER NO' AND THE SEAL NO' THAT LEFT THE FACTORY WAS CORRECT TO MY GIVEN INSTRUCTIONS THAT I RECEIVED FROM GLOBAL GARMENTS AND IT ENTERED THE PORT CORRECTLY.

THE SEAL NO' THAT ARRIVED IN AMERICA 2149427 WAS NOT THE SAME ONE THAT ENTERED THE STACKS IN DURBAN. THE SEAL NO' THAT ENTERED THE STACKS IN DURBAN WAS ML-ZA 0947843 AND THAT WAS THE SAME AS MY INSTRUCTIONS GIVEN TO ME.

WHAT EVER HAPPENS INSIDE THE PORT HAS NOTHING TO DO WITH ME.

I HAVE GONE INTO THE SAPO WEB SITE AND I CANNOT EXPLAIN ON THERE BEHALF AS TO WHY THE CONTAINER'S SEAL NO' WAS NOT ENTERED ONTO THE SYSTEM WHEN ENTERING THE PORT. I HAVE NOTICED THAT SOMETIMES THE OPERATOR AT THE GATE DOES NOT ENTER THE SEAL NO' ONTO THE COMPUTER AND ENTERS THE CODE TO IMPLY THAT THE SEAL IS OUT OF REACH. I PERSONALLY THINK THAT THIS HAPPENS CLOSER TO THE CHANGE OF SHIFT (6AM IN THE MORNING). ON THIS GIVEN DAY THE CONTAINER ENTERED DURBAN STACKS AT 05H02 ON 07/06/2007. YOU WILL SEE THAT THE NEW SEAL WAS ONLY REGISTERED WHEN THEY HAD THE INSPECTIONS TO LOAD ONTO THE SHIP, ON THE 08/06/2007 AT 09H35.

THE PORT WILL NOT LET A CONTAINER ENTER THE STACKS FOR EXPORT WITHOUT A SEAL NO' WRITTEN ON THE CTO. AND IF THE SEAL NO' IS INCORRECT TO THE OPERATORS SEAL NO' AT THE GATE THEY WILL THEN SEND THE CONTAINER OUT OF THE STACKS WITHOUT OFF LOADING THE

RE : BKG REF : 750336194 : MSC CHINA N350                                    Page 2 of 2

CONTAINER. THE CONTAINER COULD NOT HAVE ENTERED THE STACKS WITH THE SEAL NO' 2149427 AS THIS NO' WAS NOT WRITTEN ON THE CTO. A COPY OF THE CTO WAS E-MAILED TO ME WITH THE PORT OPERATIONS STAMP AT A-CHECK. (CONTROLLER NO' 58) THIS STATES TO ME THAT THE SEAL THAT ENTERED THE PORT WAS ML-ZA 0947843.

I AWAIT YOUR REPLY IN THIS REGARD.

THANK YOU
KEVIN MARTIN
CELL: 082 879 0898
FAX: 031-4662608
E-MAIL: kalethabo@telkomsa.net

----- Original Message -----
From: Marsha Lehmkuhl
To: Kevin Martin
Sent: Friday, July 20, 2007 10:01 AM
Subject: RE : BKG REF : 750336194 : MSC CHINA N350

<<3889_001.tif>>
Hi Kevin

As per our telecom, herewith attached a copy of the CTO.

Please revert with your explanation on what has happened with this shipment, as you have advised Me that you personally check the seal nos on each of your consignments.

I await your reply.

*Thanks*
*Marsha Lehmkuhl*
*Sea & Air Export Controller*
*Z.A.Trans Logistics (" A Division of Barloworld Logistics (PTY) LTD ")*
*Export Department - Durban*
*Telephone:     (+27) 31 3193000*
*Direct      :  (+27) 31 3193019*
*Facsimile:     (+27) 31 3193001*
*E-mail Facsimile : 086 6061150*
*Email       : marsha@zatrans.co.za*
*Visit our website: www.zatrans.com*
This E-mail and its attachments are subject to the disclaimer published at
http://www.zatrans.com/zat/disclaimer.htm

7/23/2007

# EXHIBIT B

# POWER LINK LOGISTICS' MOTION FOR SUMMARY JUDGMENT DISMISSING THE COMPLAINT ON THE BASIS OF *FORUM NON CONVIENENS*



# EXHIBIT C

# POWER LINK LOGISTICS' MOTION FOR SUMMARY JUDGMENT DISMISSING THE COMPLAINT ON THE BASIS OF *FORUM NON CONVIENENS*

26 Jul 07 14:46   KEVIN MARTIN                037-4662608                       p.3
Container Handling Details                                                      Page 1 of 1

| Field | Value | Field | Value |
|---|---|---|---|
| Handling identification | 26179081 | Out of gauge fore | |
| Handling Type | IN | Out of gauge aft | |
| Handling subtype | | Out of gauge left | |
| Handling date | 07-06-2007 | Out of gauge right | |
| Handling time | 05:02 | Stowage instruction | |
| Order type | BKG | Remark | |
| Order reference | 760336194 | Container condition | OK |
| Order sequence no | 1 | Container material | |
| Agent | SAF | Container service code | |
| MOT Type | TR | Transshipper/shifter indicator | |
| License plate IN | A3609 | Terminal | |
| Voyage | | Forwarder | |
| Container load status | F | Damage code-01 | 94 |
| Container ISO Code | 4310 | Damage code-02 | |
| Container Length[FT] | 40.00 | Damage code-03 | |
| Container Height[FT] | 8.60 | Damage code-04 | |
| Container type | DV | Damage code-05 | |
| Handling phase | EXE | Damage code-06 | |
| Terminal | PNTDB | Damage code-07 | |
| SPOD country | | Damage code-08 | |
| SPOD place | | Damage code-09 | |
| POD country | | Damage code-10 | |
| POD place | | Damage code-11 | |
| Expected MOT type | | Damage code-12 | |
| Expected MOT | | Damage code-13 | |
| Expected voyage | | Damage code-14 | |
| Expected SPOD/POL country | | Damage code-15 | |
| Expected SPOD/POL place | | Damage code-16 | |
| Expected POD country | | Bill of loading number | |
| Expected SPOD/POL place | | Goods shipper/receiver | |
| Operational reefer indicator | N | Goods description | |
| Registered reefer temparture | 0.00 | Seal 01 attached (Y/N) | |
| Plus minus sign | | Seal Origin 01 | L |
| Operational reefer indicator | | Seal Type 01 | |
| IMDG sticker identification 01 | | Seal number 01 | DI |
| IMDG sticker identification 02 | | Seal 02 attached (Y/N) | |
| IMDG sticker identification 03 | | Seal Origin 02 | |
| UN label 1 | | Seal Type 02 | |
| UN label 2 | | Seal number 02 | |
| UN label 3 | | Seal 03 attached (Y/N) | |
| Container gross weight [KG] | 13711 | Seal Origin 03 | |
| Container net weight[KG] | | Seal Type 03 | |
| Container tare weight[KG] | | Seal number 03 | |
| Container CSC date | | Seal 04 attached (Y/N) | |
| Container CSC weight[KG] | | Seal Type 04 | |
| OOG indicator | | Seal Type 04 | |
| Overheight | | Seal number 04 | |

WENT IN

07/06/2007

05:02

26 Jul 07 14:45     KEVIN MARTIN            037-4662608           p.1
Container Handling Details                                        Page 1 of 1

| Handling Identification | 25216333 | Out of gauge aft | |
|---|---|---|---|
| Handling Type | SPC | Out of gauge left | |
| Handling subtype | SLS | Out of gauge right | |
| Handling date | 08-06-2007 | Stowage instruction | |
| Handling time | 09:35 | Remark | |
| Order type | SLS | Container condition | OK |
| Order reference | SSLS/070608/PNTDB | Container material | |
| Order sequence no | | Container service code | |
| Agent | PNTDB | Transshipper/shifter indicator | |
| MOT Type | | Terminal | |
| Voyage | | Forwarder | |
| Container load status | F | Damage code-01 | 94 |
| Container ISO Code | 4310 | Damage code-02 | |
| Container Length[FT] | 40.00 | Damage code-03 | |
| Container Height[FT] | 8.60 | Damage code-04 | |
| Container type | DV | Damage code-05 | |
| Handling phase | EXE | Damage code-06 | |
| Terminal | PNTDB | Damage code-07 | |
| SPOD country | | Damage code-08 | |
| SPOD place | | Damage code-09 | |
| POD country | | Damage code-10 | |
| POD place | | Damage code-11 | |
| Expected MOT type | | Damage code-12 | |
| Expected MOT | | Damage code-13 | |
| Expected voyage | | Damage code-14 | |
| Expected SPOD/POL country | | Damage code-15 | |
| Expected SPOD/POL place | | Damage code-16 | |
| Expected POD country | | Bill of loading number | |
| Expected SPOD/POL place | | Goods shipper/receiver | |
| Operational reefer indicator | N | Goods description | |
| Registered reefer temparture | 0.00 | Seal 01 attached (Y/N) | |
| Plus minus sign | | Seal Origin 01 | L |
| Operational reefer indicator | | Seal Type 01 | |
| IMDG sticker identification 01 | | Seal number 01 | DI |
| IMDG sticker identification 02 | | Seal 02 attached (Y/N) | |
| IMDG sticker identification 03 | | Seal Origin 02 | L |
| UN label 1 | | Seal Type 02 | SS |
| UN label 2 | | Seal number 02 | 2149427 |
| UN label 3 | | Seal 03 attached (Y/N) | |
| Container gross weight [KG] | 13711 | Seal Origin 03 | |
| Container net weight[KG] | | Seal Type 03 | |
| Container tare weight[KG] | | Seal number 03 | |
| Container CSC date | | Seal 04 attached (Y/N) | |
| Container CSC weight[KG] | | Seal Type 04 | |
| OOG indicator | | Seal Type 04 | |
| Overheight | | Seal number 04 | |
| Out of gauge fore | | | |

1x1 MIDDLE

26 Jul 07 14:46    KEVIN MARTIN.           037-4662808              p.2
Container Handling Details                                        Page 1 of 1

| Field | Value | Field | Value |
|---|---|---|---|
| Handling Identification | 25200684 | Out of gauge fore | |
| Handling Type | OUT | Out of gauge aft | |
| Handling subtype | | Out of gauge left | |
| Handling date | 08-06-2007 | Out of gauge right | |
| Handling time | 09:35 | Stowage instruction | |
| Order type | LDO | Remark | |
| Order reference | 94293 | Container condition | OK |
| Order sequence no | 463 | Container material | |
| Agent | SAF | Container service code | |
| MOT Type | VS | Transshipper/shifter indicator | |
| Vessel name OUT | MSCHN | Terminal | |
| Voyage | N350 | Forwarder | |
| Container load status | F | Damage code-01 | 94 |
| Container ISO Code | 4310 | Damage code-02 | |
| Container Length[FT] | 40.00 | Damage code-03 | |
| Container Height[FT] | 8.60 | Damage code-04 | |
| Container type | DV | Damage code-05 | |
| Handling phase | EXE | Damage code-06 | |
| Terminal | PNTDB | Damage code-07 | |
| SPOD country | US | Damage code-08 | |
| SPOD place | NYC | Damage code-09 | |
| POD country | US | Damage code-10 | |
| POD place | EWR | Damage code-11 | |
| Expected MOT type | | Damage code-12 | |
| Expected MOT | | Damage code-13 | |
| Expected voyage | | Damage code-14 | |
| Expected SPOD/POL country | | Damage code-15 | |
| Expected SPOD/POL place | | Damage code-16 | |
| Expected POD country | | Bill of loading number | |
| Expected SPOD/POL place | | Goods shipper/receiver | |
| Operational reefer indicator | N | Goods description | |
| Registered reefer temperature | 0.00 | Seal 01 attached (Y/N) | |
| Plus minus sign | | Seal Origin 01 | L |
| Operational reefer indicator | | Seal Type 01 | |
| IMDG sticker identification 01 | | Seal number 01 | DI |
| IMDG sticker identification 02 | | Seal 02 attached (Y/N) | |
| IMDG sticker identification 03 | | Seal Origin 02 | L |
| UN label 1 | | Seal Type 02 | SS |
| UN label 2 | | Seal number 02 | 2149427 |
| UN label 3 | | Seal 03 attached (Y/N) | |
| Container gross weight [KG] | 13711 | Seal Origin 03 | |
| Container net weight[KG] | | Seal Type 03 | |
| Container tare weight[KG] | | Seal number 03 | |
| Container CSC date | | Seal 04 attached (Y/N) | |
| Container CSC weight[KG] | | Seal Type 04 | |
| OOG indicator | | Seal Type 04 | |
| Overheight | | Seal number 04 | |

*Last Check*

*08-06-2007*
*09:35*